# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR349 |
| | ) | |
| vs. | ) | |
| | ) | |
| PATRICK KEOGH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the unopposed Motion to Continue Trial [26]. As this is a complex matter with voluminous reports, counsel needs additional time to hire an expert, prepare for trial and explore plea negotiations. Several continuances have already been given and it is unlikely further requests will be granted. The defendant has previously complied with NECrimR 12.1(a). See filing [23] For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [26] is granted, as follows:

1. The jury trial now set for March 8, 2016 is continued to **June 14, 2016.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 14, 2016**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED March 1, 2016.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**