IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR349 |
| | ) | |
| vs. | ) | |
| | ) | |
| PATRICK KEOUGH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [33]. Counsel has informed the court the case is a complex matter with a large volume of reports. Counsel also needs additional time to explore plea negotiations. In the event that this case proceeds to trial, additional time is needed to secure witnesses. The defendant shall comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [24] is granted, as follows:

1. The jury trial now set for September 6, 2016 is continued to **November 1, 2016.**

2. Defendant shall file the affidavit required by paragraph 9 of the progression order and NE.CrimR. 12.1(a) forthwith.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 1, 2016**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED September 8, 2016.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**